Andrew M. Unthank (*pro hac vice anticipated*)
Matthew H. Jasilli (*pro hac vice anticipated*)
Jennifer J. Oxley Nevada Bar No. 15975
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado  80202
Telephone:     303.244.1800
Facsimile:      303.244.1879
Email:   unthank@wtotrial.com
            jasilli@wtotrial.com
            oxley@wtotrial.com

Attorneys for Defendants LUMEN TECHNOLOGIES, INC., and CENTURYLINK, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARIS TERTANNI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>LUMEN TECHNOLOGIES, INC. and CENTURYLINK, INC.,<br><br>    Defendants. | Case No:  2:23-cv-00335-RFB-DJA<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST EXTENSION** |

Plaintiff Paris Tertanni and Defendants Lumen Technologies, Inc. and CenturyLink, Inc. (Defendants together, "Lumen")[1] stipulate, through counsel, to extend Lumen's time to respond to Ms. Tertanni's Complaint [ECF No. 1] as stated below:

    1.    On March 2, 2023, Ms. Tertanni filed her Complaint.

---

[1] The Complaint names both Lumen Technologies, Inc. and CenturyLink, Inc. as defendants. CenturyLink, Inc. is not a separate entity from Lumen Technologies, Inc. Rather, in 2021, CenturyLink, Inc. changed its name to Lumen Technologies, Inc.

2. On March 31, 2023, Ms. Tertanni filed a Proof of Service [ECF No. 5]. The Proof of Service avers that Dustin Gross of Battle Born Process Service served the Complaint on Lumen's registered agent, CT Corporation System ("CT Corp."), on March 10, 2023.

3. However, CT Corp. rejected that service attempt and did not notify Lumen that it had received the Complaint.

4. On March 13, 2023, CT Corp. sent Plaintiff's counsel of record, George Haines, a Notice of Rejected Service of Process stating that CT Corp. was not the registered agent for the party he was attempting to serve and, therefore, no documents had been forwarded to any party.

5. Thus, Lumen was not aware of Ms. Tertanni's attempted service of the Complaint until Ms. Tertanni filed the Proof of Service on March 31, 2023.

6. If Ms. Tertanni's Proof of Service is valid, then Lumen's response to the Complaint was due March 31, 2023, pursuant to Federal Rule of Civil Procedure 12. That is the same day Lumen learned of Ms. Tertanni's service attempt.

7. On March 31, 2023, Lumen filed a Motion for Motion for Extension of Time to Respond to Plaintiff's Complaint [ECF No. 7]. Prior to filing, counsel for Lumen made good faith efforts to confer with Plaintiff's counsel. However, for the reasons explained above, the time for conferral was less than twenty-four hours. Counsel were unable to effectively confer in such a short amount of time.

8. The parties now stipulate that Lumen shall have until May 30, 2023 to answer or otherwise respond to the Complaint.

9. Good and just cause exists for the stipulated extension because Lumen's registered agent rejected service, did not forward any documents to Lumen, and notified Plaintiff's counsel of this. Further, given the nature of the factual allegations and class action allegations in the Complaint, Lumen needs reasonable time to investigate the allegations before responding to the Complaint.

10. This is Lumen's first extension of time to respond to the Complaint and is not made to delay or otherwise interfere with the orderly consideration and disposition of this case.

For the reasons stated, Plaintiff Paris Tertanni and Defendants Lumen Technologies, Inc. and CenturyLink, Inc. stipulate to an extension of time, up to and including May 30, 2023, for Defendants to answer or otherwise respond to Plaintiff's Complaint.

SO STIPULATED

Dated: April 4, 2023                    FREEDOM LAW FIRM

                                        By: /s/ George Haines, Esq.
                                            George Haines, Esq.
                                            Nevada Bar No. 9411

                                            *Attorney for Plaintiff Paris Tertanni*

Dated: April 4, 2023                    WHEELER TRIGG O'DONNELL LLP

                                        By: /s/ Jennifer J. Oxley
                                            Jennifer J. Oxley
                                            Nevada Bar No. 15975

                                            *Attorneys for Defendants Lumen Technologies, Inc., and CenturyLink, Inc.*

IT IS SO ORDERED that the parties' stipulation [9] is GRANTED. Defendants shall have until May 30, 2023 within which to respond to Plaintiff's complaint.

IT IS FURTHER ORDERED that Defendants' motion for extension of time to respond to Plaintiff's complaint [7] is DENIED as moot.

DATED: April 5, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE (CM/ECF)**

    I hereby certify that on April 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **George Haines**
  Ghaines@freedomlegalteam.com, igotnotices@freedomlegalteam.com, 9310938420@filings.docketbird.com

                                              */s/ Jennifer J. Oxley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARIS TERTANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMEN TECHNOLOGIES, INC. and CENTURYLINK, INC.,<br><br>Defendants. | Case No: 2:23-cv-00335-RFB-DJA<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST EXTENSION** |

THIS MATTER having come before the Court on Plaintiff Paris Tertanni's and Defendants Lumen Technologies, Inc.'s and CenturyLink, Inc.'s Stipulation to Extend Defendants' Time to Respond to Plaintiff's Complaint, and the Court having reviewed the same and being advised in the premises, does hereby enter the stipulated relief as an Order.

Defendants Lumen Technologies, Inc. and CenturyLink, Inc. shall have until May 30, 2023 to answer or otherwise respond to Plaintiff's Complaint [ECF No. 1].

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: _____