George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Paris Tertanni, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Lumen Technologies, Inc. and CenturyLink, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-00335-RFB-DJA<br><br>**Stipulation for Dismissal with Prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Paris Tertanni and Lumen Technologies, Inc. and CenturyLink, Inc. stipulate to dismiss Plaintiff's claims against CenturyLink, Inc. with prejudice.

///
///
///
///
///
///

STIPULATION                                        - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 24 May 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**WHEELER TRIGG O'DONNELL LLP**

/s/ Jennifer J. Oxley
Jennifer J. Oxley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Attorneys for Defendants Lumen Technologies, Inc.,
and CenturyLink, Inc.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of May, 2023.

STIPULATION                                    - 2 -