# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PARIS TERTANNI,<br><br>    Plaintiff,<br><br>v.<br><br>LUMEN TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00335-RFB-DJA<br><br>**ORDER** |

Upon review of the record in this case, the Court finds that this action has been pending for more than two hundred and seventy (270) days without any proceeding of record having been taken. Therefore, pursuant to Rule 41-1 of Part II of the Local Rules of Practice for the District of Nevada,

**IT IS ORDERED** that this action is **DISMISSED** without prejudice for want of prosecution. The Clerk of Court is instructed to close the case.

**DATED:** June 21, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**